B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Verace, Michael J** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br><br>**FDBA Chestnut Bar and Restaurant, L.L.C** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-4833** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**6151 Harrison Ave**<br>**Rockford, IL**<br>ZIP Code **61108** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Winnebago** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)                                                                                                    Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Verace, Michael J** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                          Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Verace, Michael J** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Michael J Verace**
Signature of Debtor  **Michael J Verace**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**September 11, 2008**
Date

### Signature of Attorney*

X  **/s/ Bernard J. Natale**
Signature of Attorney for Debtor(s)

**Bernard J. Natale 2018683**
Printed Name of Attorney for Debtor(s)

**Bernard J. Natale, Ltd**
Firm Name

**6833 Stalter Dr., Suite 201**
**Rockford, IL 61108**

_____
Address

**Email: natalelaw@bjnatalelaw.com**
**(815) 964-4700  Fax: (815) 227-5532**
Telephone Number

**September 11, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Michael J Verace**         Case No. _____

                            Debtor(s)      Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

**Official Form 1, Exh. D (10/06) - Cont.**

☐  4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐  Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    __**/s/ Michael J Verace**_____
**Michael J Verace**

Date:  __**September 11, 2008**_____

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Michael J Verace**                    ,    Case No. _____

                                   Debtor

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 29,372.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 20,722.63 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | 40,702.52 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 10 | | 250,648.58 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 9 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 2,494.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 2,982.88 |
| Total Number of Sheets of ALL Schedules | | 31 | | | |
| | | Total Assets | 29,372.00 | | |
| | | Total Liabilities | | 312,073.73 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Michael J Verace**
_____,    Case No. _____
                                    Debtor

Chapter _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6A (Official Form 6A) (12/07)

.

In re      **Michael J Verace**                                                        ,      Case No. _____
                                                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re  **Michael J Verace** _____,  Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Amcore Bank - checking | - | 2,200.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Normal compliment of household goods | - | 100.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | Normal compliment of clothing | - | 250.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Pacific Life - whole life & subject to policy loans | - | 821.00 |
| | | Allstate Insurance - term | - | 1.00 |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        3,372.00
(Total of this page)

___2___ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Michael J Verace**
_____,      Case No. _____
                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Chestnut Street Bar & Restaurant, L.L.C. (closed 02/29/2008)** | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >      **0.00**
(Total of this page)

Sheet __**1**__ of __**2**__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Michael J Verace**                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2004 Jeep Wrangler | - | 15,000.00 |
| | | 1996 Olds Cirrus Wagon | - | 3,000.00 |
| | | 2004 VW Jetta (former spouse auto - debtor ordered to pay per divorce decree) | - | 8,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 26,000.00 |
| (Total of this page) | |
| Total > | 29,372.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

.

In re    **Michael J Verace**                                        ,        Case No. _____
                                                        Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:            ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Amcore Bank - checking** | **735 ILCS 5/12-1001(b)** | **2,200.00** | **2,200.00** |
| **Household Goods and Furnishings** | | | |
| **Normal compliment of household goods** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| **Wearing Apparel** | | | |
| **Normal compliment of clothing** | **735 ILCS 5/12-1001(a)** | **250.00** | **250.00** |
| **Interests in Insurance Policies** | | | |
| **Pacific Life - whole life & subject to policy loans** | **735 ILCS 5/12-1001(f)** | **821.00** | **821.00** |
| **Allstate Insurance - term** | **735 ILCS 5/12-1001(f)** | **1.00** | **1.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2004 Jeep Wrangler** | **735 ILCS 5/12-1001(b)** | **451.00** | **15,000.00** |
| **1996 Olds Cirrus Wagon** | **735 ILCS 5/12-1001(b)** | **1,249.00** | **3,000.00** |
| **2004 VW Jetta (former spouse auto - debtor ordered to pay per divorce decree)** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **8,000.00** |
| | Total: | **7,472.00** | **29,372.00** |

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Michael J Verace**                                    , Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx4990** **Fifth Third Bank Chicago** **PO Boc 630778** **Cincinnati, OH 45263-0778** | | | **04/2007** **Purchase Money Security** **2004 Jeep Wrangler** | | | | | |
| | | | Value $              **15,000.00** | | | | **14,549.00** | **0.00** |
| Account No. **Susan McGarry** **6548 Charles St** **Rockford, IL 61108** | | | **03/2008** **Purchase Money Security** **1996 Olds Cirrus Wagon** | | | | | |
| | | | Value $                **3,000.00** | | | | **1,500.00** | **0.00** |
| Account No. **xxxxx0565** **Volkswagen Credit** **PO Box 17497** **Baltimore, MD 21297-1497** | | - | **03/2003** **Purchase Money Security** **2004 VW Jetta (former spouse auto - debtor ordered to pay per divorce decree)** | | | | | |
| | | | Value $                **8,000.00** | | | | **4,673.63** | **0.00** |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

___**0**___ continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | **20,722.63** | **0.00** |
| Total (Report on Summary of Schedules) | **20,722.63** | **0.00** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re    **Michael J Verace**                                                                        Case No. _____
                                                                            ,
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

■ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**2** ____ continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **Michael J Verace**
                                                                    ,   Case No. _____
                                  Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Domestic Support Obligations**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **Maintenance** | | | | | AMOUNT ENTITLED TO PRIORITY |
| **Mary H Verace** **9901 Sahara Ave, Apt 1185** **Las Vegas, NV 89117** | - | | | | | | | **0.00** |
| | | | | | | | **10,800.00** | **10,800.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | **0.00** |
| (Total of this page) | **10,800.00** | **10,800.00** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **Michael J Verace**_____,    Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**IL Director of Employment Security Collections Section PO Box 802551 Chicago, IL 60680-2551** | X | - | | | | | Unknown | Unknown | Unknown |
| Account No. **xx-xxx7649**<br><br>**Illinois Department of Revenue Bankruptcy Section PO Box 64338 Chicago, IL 60664-0338** | X | - | 2008<br><br>Sales and Use Tax | | | X | 18,003.25 | 18,003.25 | 0.00 |
| Account No. **xx-xxxxxx9-000**<br><br>**Illinois Department of Revenue Bankruptcy Section PO Box 64338 Chicago, IL 60664-0338** | X | - | 2007<br><br>Payroll Taxes | | | | 0.00<br><br>1,115.74 | | 1,115.74 |
| Account No. **xx-xxx7649**<br><br>**Internal Revenue Service 211 S. Court Street Rockford, IL 61101** | X | - | 2007<br><br>Payroll Taxes | | | | Unknown<br><br>10,783.53 | Unknown | |
| Account No. **xx-xxxx-7649**<br><br>**Internal Revenue Service 211 S. Court Street Rockford, IL 61101** | X | - | 2008<br><br>Payroll Taxes | | | | Unknown<br><br>Unknown | Unknown | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 18,003.25 | |
| (Total of this page) | 29,902.52 | 1,115.74 |
| Total | 18,003.25 | |
| (Report on Summary of Schedules) | 40,702.52 | 11,915.74 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re __Michael J Verace_____,    Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.<br><br>**Accurate Accountng and Payroll Services**<br>**861 N. Madison Street**<br>**Rockford, IL 61107** | X | - | | | **Accounting Fees for Chestnut Street Bar and Restaurant** | | | | 292.50 |
| Account No. **xxxx1001**<br><br>**Aramark Uniform Services**<br>**PO Box 7177**<br>**Rockford, IL 61126-7177** | X | - | | | **Material Supplier for Chestnut Street Bar and Restaurnt** | | | | 33.15 |
| Account No. **xxxx-xxxx-xxxx-3882**<br><br>**Aspire Visa**<br>**PO Box 105555**<br>**Atlanta, GA 30348-5555** | | - | | | **Credit Card** | | | | 424.59 |
| Account No.<br><br>**Bi-State Point of Sale Solutions**<br>**4617 Maray Drive**<br>**Rockford, IL 61107** | X | - | | | **Credit Card Servicing for Chestnut Street Bar and Restaurant** | | | | 3,139.27 |

| | | |
|---|---|---|
| __9__ continuation sheets attached | Subtotal<br>(Total of this page) | 3,889.51 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    S/N:36076-080807    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael J Verace**                                          ,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxx8871**<br><br>**Blackhawk State Bank**<br>**PO Box 719**<br>**Beloit, WI 53512-0719** | X | - | | | Business Loan for Chestnut Street Bar and Restaurant | | | | 60,093.12 |
| Account No. **xxxx-xxxx-xxxx-2532**<br><br>**Capital One Bank**<br>**% TSYS Debt Management**<br>**PO Box 5155**<br>**Norcross, GA 30091** | | - | | | Credit Card | | | | 2,088.56 |
| Account No. **xxxx-xxxx-xxxx-6700**<br><br>**Citifinancial Retail Services**<br>**PO Box 22060**<br>**Tempe, AZ 85285-2060** | X | - | | | Credit Card for Chestnut Street Bar and Restaurant, LLC for Flooring | | | X | 8,655.00 |
| Account No. **xxxxx1400**<br><br>**City of Rockford**<br>**425 E. State St.**<br>**Rockford, IL 61104** | X | - | | | Water and Sewer Services for Chestnut Street Bar and Restaurant | | | | 398.16 |
| Account No. **xxxx xx xxx xxx2927**<br><br>**Comcast Cable**<br>**4450 Kishwaukee Street**<br>**Rockford, IL 61109** | X | - | | | Cable/Satellite/Internet for Chestnut Street Bar and Restaurant | | | | 262.05 |

Sheet no. __1__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

71,496.89

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael J Verace**                                                            ,    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xx0417**<br><br>**Commercial Refrigeration**<br>**815 Broadway Avenue**<br>**Rockford, IL 61104** | X | - | | | Repairs for Chestnut Street Bar and Restaurant | | | | 141.00 |
| Account No. **xxxxxxxxx and xxxxx5047**<br><br>**Commonwealth Edison**<br>**Attn: Bankruptcy Department**<br>**2100 Swift Drive**<br>**Oak Brook, IL 60523** | X | - | | | Electric Service for Chestnut Street Bar and Restaurant | | | | 2,889.51 |
| Account No. **2071**<br><br>**Courier Printing**<br>**323 N. Second Street**<br>**Rockford, IL 61107** | X | - | | | Printing Services for Chestnut Street Bar and Restaurant | | | | 173.50 |
| Account No.<br><br>**Feldmann, LLC**<br>**% Barrick, Switzer, etal**<br>**6833 Stalter Drive - 1st Floor**<br>**Rockford, IL 61108** | X | - | | | Balance due on business property lease | | | | 60,000.00 |
| Account No. **2635**<br><br>**Food Equipment Liquidators**<br>**320 . Winnebago Street**<br>**Rockford, IL 61102** | X | - | | | Repairs for Prep Table at Chestnut Street Bar and Restaurant | | | | 334.89 |

Sheet no. __2__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **63,538.90**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael J Verace** _____,      Case No. _____
                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Forest City Communications** <br> **1724-B E. Riverside Blvd.** <br> **Loves Park, IL 61111** | X | - | Wireless for Chestnut Bar and Restaurant | | | | 95.00 |
| Account No. **xx-1046** <br><br> **Glazer's Distributors of Illinois** <br> **% Catherine Elliott-Dunne** <br> **PO Box 10371** <br> **Chicago, IL 60610-0371** | X | - | Material Supplier for Chestnut Street Bar and Restaurant | | | X | 1,628.85 |
| Account No. <br><br> **Gordon Food Service** <br> **Payment Processing Center** <br> **Dept. CH 10490** <br> **Palatine, IL 60055-0490** | X | - | Food Supplier | | | | 141.79 |
| Account No. **CHESTR** <br><br> **Harder Sign Company, Inc.** <br> **5695 Stenstrom Road** <br> **Rockford, IL 61109** | X | - | Signage for Chestnut Street Bar and Restaurant | | | | 1,075.89 |
| Account No. **xxxxxx3989** <br><br> **Hewlett Packard Financial Services** <br> **PO Box 402582** <br> **Atlanta, GA 30384-2582** | X | - | Equipment Rental for Chestnut Street Bar and Restaurant | | | | 70.97 |

Sheet no. __3__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,012.50

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael J Verace**                                                    ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **High Standarad Icemakers** <br> **7964 Crest Hills Drive** <br> **Loves Park, IL 61111** | X | - | | Ice Supplier for Chestnut Street Bar and Restaurant | | | | 450.00 |
| Account No. <br><br> **Judge & Dolph, Ltd.** <br> **3333 Forest View Road** <br> **Rockford, IL 61109** | X | - | | Liquor Distributor for Chestnut Street Bar and Restaurant | | | | 946.84 |
| Account No. **44** <br><br> **Just Business, Inc.** <br> **JBI Performing Arts Advertising** <br> **3131 S. Dixie Drive - Ste. 402** <br> **Dayton, OH 45439** | X | - | | Advertising for Chestnut Street Bar and Restaurant | | | | 100.00 |
| Account No. <br><br> **Maestranzi Brothers** <br> **58 Dunham Road - Rte. 128** <br> **Beverly, MA 01915** | X | - | | Equipment Supplier for Chestnut Street Bar and Restaurant | | | | 300.00 |
| Account No. **xxx2180** <br><br> **MBF Leasing, LLC** <br> **132 W. 31st Street - 14th Floor** <br> **New York, NY 10001-3405** | X | - | | Equipment Lease for Chestnut Street Bar and Restaurant | | | | 111.15 |

Sheet no. __4__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **1,907.99**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael J Verace**                                                ,        Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**McGreevy, Johnson & Williams**<br>**PO Box 2903**<br>**Loves Park, IL 61132** | - | | **Legal Fees** | | | | **2,800.00** |
| Account No. **xxx8735**<br><br>**Midwest Community Bank**<br>**PO Box 689**<br>**Freeport, IL 61032** | X - | | **Busnes Loan for Chestnut Street Bar and Restaurant** | | | | **23,137.02** |
| Account No. **CHEST**<br><br>**Nelson Carlson Mechanical Contractors**<br>**1417 22nd Street**<br>**Rockford, IL 61108** | X - | | **Plumbing Installation for Chestnut Street Bar and Restaurant** | | | | **10,770.25** |
| Account No. **xx-xx-xx-x4137**<br><br>**NiCor Gas**<br>**PO Box 8350**<br>**Aurora, IL 60507-8350** | X - | | **Utilities for Chestnut Street Bar and Restaurant** | | | | **3,007.98** |
| Account No.<br><br>**Northern IL Communication**<br>**4787 Hydraulic Drive**<br>**Rockford, IL 61109** | X - | | **Communications Equipment for Chestnut Street Bar and Restaurant** | | | | **105.00** |

Sheet no. __5___ of __9___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**39,820.25**

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael J Verace** , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **8302** Northern Illinois Sewer Service PO Box 6332 Rockford, IL 61125-1332 | X | - | Sewer Repairs for Chestnut Street Bar and Restaurant | | | | 125.00 |
| Account No. Pepsi Cola Company 7550 Beverage Boulevard Loves Park, IL 61111 | X | - | Soft Drink and Water Supplier for Chestnut Street Bar and Restaurant | | | | 2,043.84 |
| Account No. **xx2135** Per Mar Security 1910 E. Kimberly Road Davenport, IA 52807 | X | - | Security Services for Chestnut Street Bar and Restaurant | | | | 1,421.50 |
| Account No. **xx9525** Pridham Electronics, Inc. PO Box 259304 Madison, WI 53725-9304 | X | - | Musical Entertainment for Chestnut Street Bar and Restaurant | | | | 2,704.00 |
| Account No. **JPxxx-xx804-6** Primo Publications Service PO Box 434 Bridgeville, PA 15017-0434 | X | - | Advertising for Chestnut Street Bar and Restaurant | | | | 239.20 |

Sheet no. __6__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,533.54

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael J Verace**                                                                     ,        Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx0081** <br><br> **Quality Electric** <br> **2364 Sunset Drive** <br> **Freeport, IL 61032** | X | - | Repairs for Chestnut Street Bar and Restaurant | | | | 496.16 |
| Account No. **xx0186** <br><br> **Rock River Disposal** <br> **Box 673045** <br> **Milwaukee, WI 53267-3045** | X | - | Rubbish Removal for Chestnut Street Bar and Restaurant | | | | 580.00 |
| Account No. **xxx0413 R** <br><br> **Rock River Water Reclamation** <br> **PO Box 6207** <br> **Rockford, IL 61125-1207** | X | - | Water & Sewer for Chestnut Street Bar and Restaurant | | | | 20.90 |
| Account No. **xxxxxx1558** <br><br> **Rockford Bank & Trust Company** <br> **PO Box 1748** <br> **Rockford, IL 61110** | X | - | Loan for Chestnut Street Bar and Restaurant | | | | 49,341.42 |
| Account No. **xx3415** <br><br> **Rockford Register Star** <br> **PO Box 439** <br> **Rockford, IL 61105** | X | - | Advertising for Chestnut Street Bar and Restaurant | | | | 408.79 |

Sheet no. __7___ of __9___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**50,847.27**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael J Verace**                                                    ,        Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.<br><br>**Southern Wine & Spirits of Illinois 2971 Paysphere Circle Chicago, IL 60674-2971** | X | - | | | **Liquor Distributor for Chestnut Street Bar and Restaurant** | | | | 542.02 |
| Account No. **xx1047**<br><br>**Sysco Foods Service 250 Wiebolt Drive Des Plaines, IL 60016** | X | - | | | **Supplier for Chestnut Street Bar and Restaurant, LLC** | | | X | 979.83 |
| Account No. **xxx xxx-3415**<br><br>**TDS Metrocom 525 Junction Road - Ste. 6000 Madison, WI 53717-2105** | X | - | | | **Telephone Services for Chestnut Street Bar and Restaurant** | | | | 247.58 |
| Account No. **CHES07**<br><br>**The Plitt Company 1455 W. Willow Street Chicago, IL 60622** | X | - | | | **Food Supplier for Chestnut Street Bar and Restaurant** | | | | 393.25 |
| Account No. **xx8884**<br><br>**Thermlite Insulating Glass a Division of Cardnal Glass Co. PO Box 707 Rockford, IL 61105-0707** | X | - | | | **Glass Contractor for Chestnut Bar and Restaurant** | | | | 1,142.89 |

Sheet no. **8** of **9** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **3,305.57**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael J Verace**                                                    ,   Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-3616** | | | **Credit Card** | | | | |
| **Washington Mutual Bank** **PO Box 9016** **Pleasanton, CA 94566-9016** | | - | | | | | **4,551.12** |
| Account No. | | | **Liquor Distributor for Chestnut Street Bar and Restaurant** | | | | |
| **Weinbauer** **4031 Tugwell Street** **Franklin Park, IL 60131** | X | - | | | | | **650.84** |
| Account No. **xx6627** | | | **Advertising for Chestnut Street Bar and Restaurant** | | | | |
| **Yellow Book USA** **6300 C Street SW** **Cedar Rapids, IA 52404** | X | - | | | | | **1,094.20** |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __9___ of __9___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **6,296.16** |
| | Total (Report on Summary of Schedules) | **250,648.58** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re   **Michael J Verace**                                                                    ,   Case No. _____
                                         Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Church and Chestnut, LLC**<br>**Attn: Don Gasparini**<br>**363 Financial Court - Suite 200**<br>**Rockford, IL 61107** | **Commercial Lease for 310 S. Church Street, Rockford, IL** |
| **John Gasparini**<br>**C/O Chruch & Chestnut LLC**<br>**363 Financial Court - Suite 200**<br>**Rockford, IL 61107** | **Lease of restaurant and bar fixtures and equipment** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re  **Michael J Verace**                                                        ,   Case No. _____
                                        Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Chestnut Street Bar & Restaurant**<br>**310 S Church St**<br>**Rockford, IL 61101** | **Illinois Department of Revenue**<br>**Bankruptcy Section**<br>**PO Box 64338**<br>**Chicago, IL 60664-0338** |
| **Chestnut Street Bar & Restaurant**<br>**310 S Church St**<br>**Rockford, IL 61101** | **Sysco Foods Service**<br>**250 Wiebolt Drive**<br>**Des Plaines, IL 60016** |
| **Chestnut Street Bar & Restaurant**<br>**310 S Church St**<br>**Rockford, IL 61101** | **Citifinancial Retail Services**<br>**PO Box 22060**<br>**Tempe, AZ 85285-2060** |
| **Chestnut Street Bar & Restaurant**<br>**310 S Church St**<br>**Rockford, IL 61101** | **Glazer's Distributors of Illinois**<br>**% Catherine Elliott-Dunne**<br>**PO Box 10371**<br>**Chicago, IL 60610-0371** |
| **Chestnut Street Bar & Restaurant**<br>**310 S Church St**<br>**Rockford, IL 61101** | **Illinois Department of Revenue**<br>**Bankruptcy Section**<br>**PO Box 64338**<br>**Chicago, IL 60664-0338** |
| **Chestnut Street Bar & Restaurant**<br>**310 S Church St**<br>**Rockford, IL 61101** | **Accurate Accountng and**<br>**  Payroll Services**<br>**861 N. Madison Street**<br>**Rockford, IL 61107** |
| **Chestnut Street Bar & Restaurant**<br>**310 S Church St**<br>**Rockford, IL 61101** | **Aramark Uniform Services**<br>**PO Box 7177**<br>**Rockford, IL 61126-7177** |
| **Chestnut Street Bar & Restaurant**<br>**310 S Church St**<br>**Rockford, IL 61101** | **Thermlite Insulating Glass**<br>**  a Division of Cardnal Glass Co.**<br>**PO Box 707**<br>**Rockford, IL 61105-0707** |
| **Chestnut Street Bar & Restaurant**<br>**310 S Church St**<br>**Rockford, IL 61101** | **Bi-State Point of Sale Solutions**<br>**4617 Maray Drive**<br>**Rockford, IL 61107** |
| **Chestnut Street Bar & Restaurant**<br>**310 S Church St**<br>**Rockford, IL 61101** | **City of Rockford**<br>**425 E. State St.**<br>**Rockford, IL 61104** |

**8**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Michael J Verace**                                                                    Case No. _____

_____ ,
                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Chestnut Street Bar & Restaurant**<br>**310 S Church St**<br>**Rockford, IL 61101** | **Comcast Cable**<br>**4450 Kishwaukee Street**<br>**Rockford, IL 61109** |
| **Chestnut Street Bar & Restaurant**<br>**310 S Church St**<br>**Rockford, IL 61101** | **Commercial Refrigeration**<br>**815 Broadway Avenue**<br>**Rockford, IL 61104** |
| **Chestnut Street Bar & Restaurant**<br>**310 S Church St**<br>**Rockford, IL 61101** | **Commonwealth Edison**<br>**Attn:  Bankruptcy Department**<br>**2100 Swift Drive**<br>**Oak Brook, IL 60523** |
| **Chestnut Street Bar & Restaurant**<br>**310 S Church St**<br>**Rockford, IL 61101** | **Courier Printing**<br>**323 N. Second Street**<br>**Rockford, IL 61107** |
| **Chestnut Street Bar & Restaurant**<br>**310 S Church St**<br>**Rockford, IL 61101** | **Food Equipment Liquidators**<br>**320 . Winnebago Street**<br>**Rockford, IL 61102** |
| **Chestnut Street Bar & Restaurant**<br>**310 S Church St**<br>**Rockford, IL 61101** | **Forest City Communications**<br>**1724-B E. Riverside Blvd.**<br>**Loves Park, IL 61111** |
| **Chestnut Street Bar & Restaurant**<br>**310 S Church St**<br>**Rockford, IL 61101** | **Gordon Food Service**<br>**Payment Processing Center**<br>**Dept. CH 10490**<br>**Palatine, IL 60055-0490** |
| **Chestnut Street Bar & Restaurant**<br>**310 S Church St**<br>**Rockford, IL 61101** | **Harder Sign Company, Inc.**<br>**5695 Stenstrom Road**<br>**Rockford, IL 61109** |
| **Chestnut Street Bar & Restaurant**<br>**310 S Church St**<br>**Rockford, IL 61101** | **High Standarad Icemakers**<br>**7964 Crest Hills Drive**<br>**Loves Park, IL 61111** |
| **Chestnut Street Bar & Restaurant**<br>**310 S Church St**<br>**Rockford, IL 61101** | **Judge & Dolph, Ltd.**<br>**3333 Forest View Road**<br>**Rockford, IL 61109** |
| **Chestnut Street Bar & Restaurant**<br>**310 S Church St**<br>**Rockford, IL 61101** | **Maestranzi Brothers**<br>**58 Dunham Road - Rte. 128**<br>**Beverly, MA 01915** |
| **Chestnut Street Bar & Restaurant**<br>**310 S Church St**<br>**Rockford, IL 61101** | **Nelson Carlson Mechanical**<br>**  Contractors**<br>**1417 22nd Street**<br>**Rockford, IL 61108** |

Sheet    **1**    of    **8**    continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Michael J Verace**
_____,    Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Chestnut Street Bar & Restaurant**<br>**310 S Church St**<br>**Rockford, IL 61101** | **NiCor Gas**<br>**PO Box 8350**<br>**Aurora, IL 60507-8350** |
| **Chestnut Street Bar & Restaurant**<br>**310 S Church St**<br>**Rockford, IL 61101** | **Northern IL Communication**<br>**4787 Hydraulic Drive**<br>**Rockford, IL 61109** |
| **Chestnut Street Bar & Restaurant**<br>**310 S Church St**<br>**Rockford, IL 61101** | **Northern Illinois Sewer Service**<br>**PO Box 6332**<br>**Rockford, IL 61125-1332** |
| **Chestnut Street Bar & Restaurant**<br>**310 S Church St**<br>**Rockford, IL 61101** | **Pepsi Cola Company**<br>**7550 Beverage Boulevard**<br>**Loves Park, IL 61111** |
| **Chestnut Street Bar & Restaurant**<br>**310 S Church St**<br>**Rockford, IL 61101** | **Per Mar Security**<br>**1910 E. Kimberly Road**<br>**Davenport, IA 52807** |
| **Chestnut Street Bar & Restaurant**<br>**310 S Church St**<br>**Rockford, IL 61101** | **The Plitt Company**<br>**1455 W. Willow Street**<br>**Chicago, IL 60622** |
| **Chestnut Street Bar & Restaurant**<br>**310 S Church St**<br>**Rockford, IL 61101** | **Pridham Electronics, Inc.**<br>**PO Box 259304**<br>**Madison, WI 53725-9304** |
| **Chestnut Street Bar & Restaurant**<br>**310 S Church St**<br>**Rockford, IL 61101** | **Rock River Disposal**<br>**Box 673045**<br>**Milwaukee, WI 53267-3045** |
| **Chestnut Street Bar & Restaurant**<br>**310 S Church St**<br>**Rockford, IL 61101** | **Rock River Water Reclamation**<br>**PO Box 6207**<br>**Rockford, IL 61125-1207** |
| **Chestnut Street Bar & Restaurant**<br>**310 S Church St**<br>**Rockford, IL 61101** | **Rockford Register Star**<br>**PO Box 439**<br>**Rockford, IL 61105** |
| **Chestnut Street Bar & Restaurant**<br>**310 S Church St**<br>**Rockford, IL 61101** | **Southern Wine & Spirits**<br>**of Illinois**<br>**2971 Paysphere Circle**<br>**Chicago, IL 60674-2971** |
| **Chestnut Street Bar & Restaurant**<br>**310 S Church St**<br>**Rockford, IL 61101** | **TDS Metrocom**<br>**525 Junction Road - Ste. 6000**<br>**Madison, WI 53717-2105** |
| **Chestnut Street Bar & Restaurant**<br>**310 S Church St**<br>**Rockford, IL 61101** | **Weinbauer**<br>**4031 Tugwell Street**<br>**Franklin Park, IL 60131** |

Sheet  __2__  of  __8__  continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Michael J Verace**                                      ,    Case No. _____

                                           Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Chestnut Street Bar & Restaurant**<br>**310 S Church St**<br>**Rockford, IL 61101** | **IL Director of Employment Security**<br>**Collections Section**<br>**PO Box 802551**<br>**Chicago, IL 60680-2551** |
| **Chestnut Street Bar & Restaurant**<br>**310 S Church St**<br>**Rockford, IL 61101** | **Internal Revenue Service**<br>**211 S. Court Street**<br>**Rockford, IL 61101** |
| **Chestnut Street Bar & Restaurant**<br>**310 S Church St**<br>**Rockford, IL 61101** | **Rockford Bank & Trust Company**<br>**PO Box 1748**<br>**Rockford, IL 61110** |
| **Chestnut Street Bar & Restaurant**<br>**310 S Church St**<br>**Rockford, IL 61101** | **Blackhawk State Bank**<br>**PO Box 719**<br>**Beloit, WI 53512-0719** |
| **Chestnut Street Bar & Restaurant**<br>**310 S Church St**<br>**Rockford, IL 61101** | **Feldmann, LLC**<br>**% Barrick, Switzer, etal**<br>**6833 Stalter Drive - 1st Floor**<br>**Rockford, IL 61108** |
| **Chestnut Street Bar & Restaurant**<br>**310 S Church St**<br>**Rockford, IL 61101** | **Hewlett Packard Financial Services**<br>**PO Box 402582**<br>**Atlanta, GA 30384-2582** |
| **Chestnut Street Bar & Restaurant**<br>**310 S Church St**<br>**Rockford, IL 61101** | **Just Business, Inc.**<br>**JBI Performing Arts Advertising**<br>**3131 S. Dixie Drive - Ste. 402**<br>**Dayton, OH 45439** |
| **Chestnut Street Bar & Restaurant**<br>**310 S Church St**<br>**Rockford, IL 61101** | **MBF Leasing, LLC**<br>**132 W. 31st Street - 14th Floor**<br>**New York, NY 10001-3405** |
| **Chestnut Street Bar & Restaurant**<br>**310 S Church St**<br>**Rockford, IL 61101** | **Midwest Community Bank**<br>**PO Box 689**<br>**Freeport, IL 61032** |
| **Chestnut Street Bar & Restaurant**<br>**310 S Church St**<br>**Rockford, IL 61101** | **Primo Publications Service**<br>**PO Box 434**<br>**Bridgeville, PA 15017-0434** |
| **Chestnut Street Bar & Restaurant**<br>**310 S Church St**<br>**Rockford, IL 61101** | **Quality Electric**<br>**2364 Sunset Drive**<br>**Freeport, IL 61032** |
| **Chestnut Street Bar & Restaurant**<br>**310 S Church St**<br>**Rockford, IL 61101** | **Yellow Book USA**<br>**6300 C Street SW**<br>**Cedar Rapids, IA 52404** |

Sheet   **3**   of   **8**   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                         Best Case Bankruptcy

In re   **Michael J Verace**                                                    ,     Case No. _____
                                                            Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Chestnut Street Bar & Restaurant**<br>**310 S Church St**<br>**Rockford, IL 61101** | **Internal Revenue Service**<br>**211 S. Court Street**<br>**Rockford, IL 61101** |
| **Church and Chestnut, LLC**<br>**% 363 Financial Court - Suite 200**<br>**Rockford, IL 61107** | **Rockford Bank & Trust Company**<br>**PO Box 1748**<br>**Rockford, IL 61110** |
| **James Christianson**<br>**5379 Elaina Dr**<br>**Rockford, IL 61108** | **Illinois Department of Revenue**<br>**Bankruptcy Section**<br>**PO Box 64338**<br>**Chicago, IL 60664-0338** |
| **James Christianson**<br>**5379 Elaina Dr**<br>**Rockford, IL 61108** | **Illinois Department of Revenue**<br>**Bankruptcy Section**<br>**PO Box 64338**<br>**Chicago, IL 60664-0338** |
| **James Christianson**<br>**5379 Elaina Dr**<br>**Rockford, IL 61108** | **Accurate Accountng and**<br>**  Payroll Services**<br>**861 N. Madison Street**<br>**Rockford, IL 61107** |
| **James Christianson**<br>**5379 Elaina Dr**<br>**Rockford, IL 61108** | **Aramark Uniform Services**<br>**PO Box 7177**<br>**Rockford, IL 61126-7177** |
| **James Christianson**<br>**5379 Elaina Dr**<br>**Rockford, IL 61108** | **Bi-State Point of Sale Solutions**<br>**4617 Maray Drive**<br>**Rockford, IL 61107** |
| **James Christianson**<br>**5379 Elaina Dr**<br>**Rockford, IL 61108** | **Sysco Foods Service**<br>**250 Wiebolt Drive**<br>**Des Plaines, IL 60016** |
| **James Christianson**<br>**5379 Elaina Dr**<br>**Rockford, IL 61108** | **Glazer's Distributors of Illinois**<br>**% Catherine Elliott-Dunne**<br>**PO Box 10371**<br>**Chicago, IL 60610-0371** |
| **James Christianson**<br>**5379 Elaina Dr**<br>**Rockford, IL 61108** | **Citifinancial Retail Services**<br>**PO Box 22060**<br>**Tempe, AZ 85285-2060** |
| **James Christianson**<br>**5379 Elaina Dr**<br>**Rockford, IL 61108** | **Thermlite Insulating Glass**<br>** a Division of Cardnal Glass Co.**<br>**PO Box 707**<br>**Rockford, IL 61105-0707** |
| **James Christianson**<br>**5379 Elaina Dr**<br>**Rockford, IL 61108** | **City of Rockford**<br>**425 E. State St.**<br>**Rockford, IL 61104** |

Sheet __4__ of __8__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

In re    **Michael J Verace**                                              ,    Case No. _____

                                          Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **James Christianson**<br>**5379 Elaina Dr**<br>**Rockford, IL 61108** | **Comcast Cable**<br>**4450 Kishwaukee Street**<br>**Rockford, IL 61109** |
| **James Christianson**<br>**5379 Elaina Dr**<br>**Rockford, IL 61108** | **Commercial Refrigeration**<br>**815 Broadway Avenue**<br>**Rockford, IL 61104** |
| **James Christianson**<br>**5379 Elaina Dr**<br>**Rockford, IL 61108** | **Commonwealth Edison**<br>**Attn:  Bankruptcy Department**<br>**2100 Swift Drive**<br>**Oak Brook, IL 60523** |
| **James Christianson**<br>**5379 Elaina Dr**<br>**Rockford, IL 61108** | **Courier Printing**<br>**323 N. Second Street**<br>**Rockford, IL 61107** |
| **James Christianson**<br>**5379 Elaina Dr**<br>**Rockford, IL 61108** | **Food Equipment Liquidators**<br>**320 . Winnebago Street**<br>**Rockford, IL 61102** |
| **James Christianson**<br>**5379 Elaina Dr**<br>**Rockford, IL 61108** | **Forest City Communications**<br>**1724-B E. Riverside Blvd.**<br>**Loves Park, IL 61111** |
| **James Christianson**<br>**5379 Elaina Dr**<br>**Rockford, IL 61108** | **Gordon Food Service**<br>**Payment Processing Center**<br>**Dept. CH 10490**<br>**Palatine, IL 60055-0490** |
| **James Christianson**<br>**5379 Elaina Dr**<br>**Rockford, IL 61108** | **Harder Sign Company, Inc.**<br>**5695 Stenstrom Road**<br>**Rockford, IL 61109** |
| **James Christianson**<br>**5379 Elaina Dr**<br>**Rockford, IL 61108** | **High Standarad Icemakers**<br>**7964 Crest Hills Drive**<br>**Loves Park, IL 61111** |
| **James Christianson**<br>**5379 Elaina Dr**<br>**Rockford, IL 61108** | **Judge & Dolph, Ltd.**<br>**3333 Forest View Road**<br>**Rockford, IL 61109** |
| **James Christianson**<br>**5379 Elaina Dr**<br>**Rockford, IL 61108** | **Maestranzi Brothers**<br>**58 Dunham Road - Rte. 128**<br>**Beverly, MA 01915** |
| **James Christianson**<br>**5379 Elaina Dr**<br>**Rockford, IL 61108** | **Nelson Carlson Mechanical**<br>   **Contractors**<br>**1417 22nd Street**<br>**Rockford, IL 61108** |

Sheet   **5**   of   **8**   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

In re    **Michael J Verace**                                                                   , Case No. _____
                                                                    Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **James Christianson**<br>**5379 Elaina Dr**<br>**Rockford, IL 61108** | **NiCor Gas**<br>**PO Box 8350**<br>**Aurora, IL 60507-8350** |
| **James Christianson**<br>**5379 Elaina Dr**<br>**Rockford, IL 61108** | **Northern IL Communication**<br>**4787 Hydraulic Drive**<br>**Rockford, IL 61109** |
| **James Christianson**<br>**5379 Elaina Dr**<br>**Rockford, IL 61108** | **Northern Illinois Sewer Service**<br>**PO Box 6332**<br>**Rockford, IL 61125-1332** |
| **James Christianson**<br>**5379 Elaina Dr**<br>**Rockford, IL 61108** | **Pepsi Cola Company**<br>**7550 Beverage Boulevard**<br>**Loves Park, IL 61111** |
| **James Christianson**<br>**5379 Elaina Dr**<br>**Rockford, IL 61108** | **Per Mar Security**<br>**1910 E. Kimberly Road**<br>**Davenport, IA 52807** |
| **James Christianson**<br>**5379 Elaina Dr**<br>**Rockford, IL 61108** | **The Plitt Company**<br>**1455 W. Willow Street**<br>**Chicago, IL 60622** |
| **James Christianson**<br>**5379 Elaina Dr**<br>**Rockford, IL 61108** | **Pridham Electronics, Inc.**<br>**PO Box 259304**<br>**Madison, WI 53725-9304** |
| **James Christianson**<br>**5379 Elaina Dr**<br>**Rockford, IL 61108** | **Rock River Disposal**<br>**Box 673045**<br>**Milwaukee, WI 53267-3045** |
| **James Christianson**<br>**5379 Elaina Dr**<br>**Rockford, IL 61108** | **Rock River Water Reclamation**<br>**PO Box 6207**<br>**Rockford, IL 61125-1207** |
| **James Christianson**<br>**5379 Elaina Dr**<br>**Rockford, IL 61108** | **Rockford Register Star**<br>**PO Box 439**<br>**Rockford, IL 61105** |
| **James Christianson**<br>**5379 Elaina Dr**<br>**Rockford, IL 61108** | **Southern Wine & Spirits**<br>**of Illinois**<br>**2971 Paysphere Circle**<br>**Chicago, IL 60674-2971** |
| **James Christianson**<br>**5379 Elaina Dr**<br>**Rockford, IL 61108** | **TDS Metrocom**<br>**525 Junction Road - Ste. 6000**<br>**Madison, WI 53717-2105** |
| **James Christianson**<br>**5379 Elaina Dr**<br>**Rockford, IL 61108** | **Weinbauer**<br>**4031 Tugwell Street**<br>**Franklin Park, IL 60131** |

Sheet   **6**   of   **8**   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                   Best Case Bankruptcy

In re    **Michael J Verace**                                                    , Case No. _____

_____

Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **James Christianson**<br>**5379 Elaina Dr**<br>**Rockford, IL 61108** | **IL Director of Employment Security**<br>**Collections Section**<br>**PO Box 802551**<br>**Chicago, IL 60680-2551** |
| **James Christianson**<br>**5379 Elaina Dr**<br>**Rockford, IL 61108** | **Internal Revenue Service**<br>**211 S. Court Street**<br>**Rockford, IL 61101** |
| **James Christianson**<br>**5379 Elaina Dr**<br>**Rockford, IL 61108** | **Rockford Bank & Trust Company**<br>**PO Box 1748**<br>**Rockford, IL 61110** |
| **James Christianson**<br>**5379 Elaina Dr**<br>**Rockford, IL 61108** | **Blackhawk State Bank**<br>**PO Box 719**<br>**Beloit, WI 53512-0719** |
| **James Christianson**<br>**5379 Elaina Dr**<br>**Rockford, IL 61108** | **Feldmann, LLC**<br>**% Barrick, Switzer, etal**<br>**6833 Stalter Drive - 1st Floor**<br>**Rockford, IL 61108** |
| **James Christianson**<br>**5379 Elaina Dr**<br>**Rockford, IL 61108** | **Hewlett Packard Financial Services**<br>**PO Box 402582**<br>**Atlanta, GA 30384-2582** |
| **James Christianson**<br>**5379 Elaina Dr**<br>**Rockford, IL 61108** | **Just Business, Inc.**<br>**JBI Performing Arts Advertising**<br>**3131 S. Dixie Drive - Ste. 402**<br>**Dayton, OH 45439** |
| **James Christianson**<br>**5379 Elaina Dr**<br>**Rockford, IL 61108** | **MBF Leasing, LLC**<br>**132 W. 31st Street - 14th Floor**<br>**New York, NY 10001-3405** |
| **James Christianson**<br>**5379 Elaina Dr**<br>**Rockford, IL 61108** | **Midwest Community Bank**<br>**PO Box 689**<br>**Freeport, IL 61032** |
| **James Christianson**<br>**5379 Elaina Dr**<br>**Rockford, IL 61108** | **Primo Publications Service**<br>**PO Box 434**<br>**Bridgeville, PA 15017-0434** |
| **James Christianson**<br>**5379 Elaina Dr**<br>**Rockford, IL 61108** | **Quality Electric**<br>**2364 Sunset Drive**<br>**Freeport, IL 61032** |
| **James Christianson**<br>**5379 Elaina Dr**<br>**Rockford, IL 61108** | **Yellow Book USA**<br>**6300 C Street SW**<br>**Cedar Rapids, IA 52404** |

Sheet   **7**   of   **8**   continuation sheets attached to the Schedule of Codebtors

In re **Michael J Verace**                                                    ,    Case No. _____

Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **James Christianson**<br>**5379 Elaina Dr**<br>**Rockford, IL 61108** | **Internal Revenue Service**<br>**211 S. Court Street**<br>**Rockford, IL 61101** |
| **John Gasparini**<br>**C/O Chruch & Chestnut LLC**<br>**363 Financial Court - Suite 200**<br>**Rockford, IL 61107** | **Rockford Bank & Trust Company**<br>**PO Box 1748**<br>**Rockford, IL 61110** |
| **Nicolosi & Associates**<br>**363 Financial Court - Suite 100**<br>**Rockford, IL 61107** | **Rockford Bank & Trust Company**<br>**PO Box 1748**<br>**Rockford, IL 61110** |

Sheet __8__ of __8__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re __Michael J Verace_____     Case No. _____
                           Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Divorced** | RELATIONSHIP(S):<br>**None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Restaurant Manager** | |
| Name of Employer | **Venus, Inc** | |
| How long employed | **02/07/2008** | |
| Address of Employer | **4578 Harrison Ave**<br>**Rockford, IL 61108** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 3,333.00 | $ | N/A |
| 2. Estimate monthly overtime | $ | 0.00 | $ | N/A |
| 3. SUBTOTAL | $ | 3,333.00 | $ | N/A |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 839.00 | $ | N/A |
| b. Insurance | $ | 0.00 | $ | N/A |
| c. Union dues | $ | 0.00 | $ | N/A |
| d. Other (Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 839.00 | $ | N/A |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 2,494.00 | $ | N/A |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | N/A |
| 8. Income from real property | $ | 0.00 | $ | N/A |
| 9. Interest and dividends | $ | 0.00 | $ | N/A |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | N/A |
| 11. Social security or government assistance (Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 12. Pension or retirement income | $ | 0.00 | $ | N/A |
| 13. Other monthly income (Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ | N/A |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 2,494.00 | $ | N/A |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | 2,494.00 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**Due to decrease in income debtor, by agreement with former spouse, has reduced monthly maintenance payment to $600 from $2400.**

B6J (Official Form 6J) (12/07)

In re   **Michael J Verace**                                           Case No. _____
                                   Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 325.00 |
| a. Are real estate taxes included? | Yes ___ | No  **X** | |
| b. Is property insurance included? | Yes ___ | No  **X** | |
| 2. Utilities:   a. Electricity and heating fuel | | $ | 100.00 |
| b. Water and sewer | | $ | 0.00 |
| c. Telephone | | $ | 0.00 |
| d. Other   **Cell Phone** | | $ | 100.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 0.00 |
| 4. Food | | $ | 100.00 |
| 5. Clothing | | $ | 50.00 |
| 6. Laundry and dry cleaning | | $ | 15.00 |
| 7. Medical and dental expenses | | $ | 30.00 |
| 8. Transportation (not including car payments) | | $ | 100.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 40.00 |
| 10. Charitable contributions | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
| a. Homeowner's or renter's | | $ | 0.00 |
| b. Life | | $ | 135.00 |
| c. Health | | $ | 140.00 |
| d. Auto | | $ | 60.00 |
| e. Other   **Allstate - term insurance** | | $ | 155.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify)   **Non Dischargeable Taxes** | | $ | 498.37 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
| a. Auto | | $ | 359.51 |
| b. Other   **2nd Auto** | | $ | 100.00 |
| c. Other | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 600.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| 17. Other   **Non Dischargeable Former Spouse Attorney Fees** | | $ | 50.00 |
| Other   **Misc Personal** | | $ | 25.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 2,982.88 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 2,494.00 |
| b.   Average monthly expenses from Line 18 above | $ | 2,982.88 |
| c.   Monthly net income (a. minus b.) | $ | -488.88 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Michael J Verace**
                                    Case No. _____
                        Debtor(s)    Chapter    **7**    _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
____**33**____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **September 11, 2008**_____        Signature    **/s/ Michael J Verace**_____

                                    **Michael J Verace**
                                    Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re __Michael J Verace__                                     Case No. _____
                                    Debtor(s)        Chapter    __7__

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$19,999.98** | **2008 Wages YTD** |
| **$48,198.00** | **2007 Wages** |
| **$75,223.00** | **2006 Wages** |

Software Copyright (c) 1996-2007 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                     Best Case Bankruptcy

2

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Volkswagen Credit**<br>**PO Box 17497**<br>**Baltimore, MD 21297-1497** | **Monthly @ $359.51** | **$1,078.53** | **$4,673.63** |

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

3

### 5. Repossessions, foreclosures and returns

None ■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 6. Assignments and receiverships

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Consumer Credit Counseling Service of Greater Atlanta** | **03/2008** | **$50** |

4

| NAME AND ADDRESS<br>OF PAYEE | DATE OF PAYMENT,<br>NAME OF PAYOR IF OTHER<br>THAN DEBTOR | AMOUNT OF MONEY<br>OR DESCRIPTION AND VALUE<br>OF PROPERTY |
|---|---|---|
| **Bernard J Natale, Ltd**<br>**6833 Stalter Dr, Suite 201**<br>**Rockford, IL 61108** | **04/2008** | **$2000 including costs** |

**10.  Other transfers**

None
■    a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE,<br>RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED<br>AND VALUE RECEIVED |
|---|---|---|

None
■    b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER<br>DEVICE | DATE(S) OF<br>TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND<br>VALUE OF PROPERTY OR DEBTOR'S INTEREST<br>IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None
■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR<br>DIGITS OF ACCOUNT NUMBER,<br>AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE<br>OR CLOSING |
|---|---|---|

**12.  Safe deposit boxes**

None
■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK<br>OR OTHER DEPOSITORY | NAMES AND ADDRESSES<br>OF THOSE WITH ACCESS<br>TO BOX OR DEPOSITORY | DESCRIPTION<br>OF CONTENTS | DATE OF TRANSFER OR<br>SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None
■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

5

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **6153 Harrison Ave**<br>**Rockford, IL** | | **06/2006 -** |
| **222 Bachman Ave**<br>**Los Gatos, CA** | | **2003 - 05/2006** |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Chestnut Street Bar & Restaurant, L.L.C.** | 7649 | 310 S Church St Rockford, IL 61101 | Bar & Restaurant | 06/2007 - 02/2008 |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                        ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
■

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                        DATES SERVICES RENDERED

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                        ADDRESS                        DATES SERVICES RENDERED

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                        ADDRESS

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                        DATE ISSUED

7

**20. Inventories**

None
■
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

|  |  | DOLLAR AMOUNT OF INVENTORY |
|---|---|---|
| DATE OF INVENTORY | INVENTORY SUPERVISOR | (Specify cost, market or other basis) |

None
■
b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

|  | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY |
|---|---|
| DATE OF INVENTORY | RECORDS |

**21 . Current Partners, Officers, Directors and Shareholders**

None
■
a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
■
b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

|  |  | NATURE AND PERCENTAGE |
|---|---|---|
| NAME AND ADDRESS | TITLE | OF STOCK OWNERSHIP |

**22 . Former partners, officers, directors and shareholders**

None
■
a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■
b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■
If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

8

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date __**September 11, 2008**_____        Signature   __**/s/ Michael J Verace**_____

                                                                        **Michael J Verace**
                                                                        Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Form 8
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Michael J Verace**                      Case No.

                                   Debtor(s)      Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

■    I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☐    I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

■    I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **2004 Jeep Wrangler** | **Fifth Third Bank Chicago** | X | | | |
| **1996 Olds Cirrus Wagon** | **Susan McGarry** | | | | X |
| **2004 VW Jetta (former spouse auto - debtor ordered to pay per divorce decree)** | **Volkswagen Credit** | | | | X |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| **-NONE-** | | |

Date   **September 11, 2008**            Signature    **/s/ Michael J Verace**

                                          **Michael J Verace**

                                          Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Michael J Verace**
_____
Debtor(s)

Case No. _____

Chapter  **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept.................................................... $ _____ **1,701.00**

   Prior to the filing of this statement I have received...................................... $ _____ **1,701.00**

   Balance Due..................................................................................................... $ _____ **0.00**

2. $ **299.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■   Debtor          ☐   Other (specify):

4. The source of compensation to be paid to me is:

   ■   Debtor          ☐   Other (specify):

5. ■   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐   I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **September 11, 2008**
_____

**/s/ Bernard J. Natale**
_____
**Bernard J. Natale 2018683**
**Bernard J. Natale, Ltd**
**6833 Stalter Dr., Suite 201**
**Rockford, IL 61108**
**(815) 964-4700   Fax: (815) 227-5532**
**natalelaw@bjnatalelaw.com**

---

B 201 (04/09/06)

UNITED STATES BANKRUPTCY COURT
**NORTHERN DISTRICT OF ILLINOIS**

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)**
1.  Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
2.  Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
3.  The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.
4.  Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**
1.  Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.
2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.
3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### **Chapter 11**: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### **Chapter 12**: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| Bernard J. Natale 2018683 | X /s/ Bernard J. Natale | September 11, 2008 |
|---|---|---|
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
**6833 Stalter Dr., Suite 201**
**Rockford, IL 61108**
**(815) 964-4700**

### Certificate of Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| **Michael J Verace** | X **/s/ Michael J Verace** | September 11, 2008 |
|---|---|---|
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |

| Case No. (if known) | X | |
|---|---|---|
| | Signature of Joint Debtor (if any) | Date |

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Michael J Verace** _____   Case No. _____

                              Debtor(s)       Chapter   **7** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **70**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **September 11, 2008** _____    **/s/ Michael J Verace** _____

                                                 **Michael J Verace**
                                                 Signature of Debtor

Accurate Accounting and
Payroll Services
861 N. Madison Street
Rockford, IL 61107

Commercial Retail Services
PO Box 9001
Charlotte, NC 28272

Glazer's Distributors of Illinois
% Catherine Elliott-Dunne
PO Box 10371
Chicago, IL 60610-0371

Aramark Uniform Services
PO Box 7177
Rockford, IL 61126-7177

City of Rockford
425 E. State St.
Rockford, IL 61104

Gordon Food Service
Payment Processing Center
Dept. CH 10490
Palatine, IL 60055-0490

Aspire Visa
PO Box 105555
Atlanta, GA 30348-5555

Comcast Cable
4450 Kishwaukee Street
Rockford, IL 61109

Gordon Food Service
6955 Jarrett Lane
Rockford, IL 61107

Bi-State Point of Sale Solutions
4617 Maray Drive
Rockford, IL 61107

Commercial Refrigeration
815 Broadway Avenue
Rockford, IL 61104

Harder Sign Company, Inc.
5695 Stenstrom Road
Rockford, IL 61109

Blackhawk State Bank
PO Box 719
Beloit, WI 53512-0719

Commonwealth Edison
Attn:  Bankruptcy Department
2100 Swift Drive
Oak Brook, IL 60523

Hewlett Packard Financial Services
PO Box 402582
Atlanta, GA 30384-2582

Capital One Bank
% TSYS Debt Management
PO Box 5155
Norcross, GA 30091

Courier Printing
323 N. Second Street
Rockford, IL 61107

High Standarad Icemakers
7964 Crest Hills Drive
Loves Park, IL 61111

Chestnut Street Bar & Restaurant
310 S Church St
Rockford, IL 61101

Feldmann, LLC
% Barrick, Switzer, etal
6833 Stalter Drive - 1st Floor
Rockford, IL 61108

IL Dept. of Employment Security
850 E. Madison Street
Springfield, IL 62702-5603

Church and Chestnut, LLC
Attn: Don Gasparini
363 Financial Court - Suite 200
Rockford, IL 61107

Fifth Third Bank Chicago
PO Boc 630778
Cincinnati, OH 45263-0778

IL Director of Employment Security
Collections Section
PO Box 802551
Chicago, IL 60680-2551

Church and Chestnut, LLC
% 363 Financial Court - Suite 200
Rockford, IL 61107

Food Equipment Liquidators
320 . Winnebago Street
Rockford, IL 61102

Illinois Department of Revenue
Bankruptcy Section
PO Box 64338
Chicago, IL 60664-0338

Citifinancial Retail Services
PO Box 22060
Tempe, AZ 85285-2060

Forest City Communications
1724-B E. Riverside Blvd.
Loves Park, IL 61111

Illinois Department of Revenue
200 S. Wyman - #306
Rockford, IL 61101-1234

Internal Revenue Service
211 S. Court Street
Rockford, IL 61101

Mary Quirate
9900 Sahara Ave, Apt 145
Las Vegas, NV 89117

Per-Mar Security
1910 E. Kimberly Road
Davenport, IA 52807

Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn St.
Chicago, IL 60604

MBF Leasing, LLC
132 W. 31st Street - 14th Floor
New York, NY 10001-3405

Phillips & Cohen Associates, Ltd.
258 Chapman Road - Ste. 205
Newark, DE 19702

Internal Revenue Service
Centralized Insolvency
PO Box 21126
Philadelphia, PA 19114

McGreevy, Johnson & Williams
PO Box 2903
Loves Park, IL 61132

Pridham Electronics, Inc.
PO Box 259304
Madison, WI 53725-9304

Internal Revenue Service
CCP-LU ACS Correspondence
PO Box 145566  STOP 813G  CSC
Cincinnati, OH 45250-5566

Midwest Community Bank
PO Box 689
Freeport, IL 61032

Primo Publications Service
PO Box 434
Bridgeville, PA 15017-0434

James Christianson
5379 Elaina Dr
Rockford, IL 61108

Nelson Carlson Mechanical
   Contractors
1417 22nd Street
Rockford, IL 61108

Quality Electric
2364 Sunset Drive
Freeport, IL 61032

John Gasparini
C/O Chruch & Chestnut LLC
363 Financial Court - Suite 200
Rockford, IL 61107

Nicolosi & Associates
363 Financial Court - Suite 100
Rockford, IL 61107

Rock River Disposal
 Box 673045
Milwaukee, WI 53267-3045

Judge & Dolph, Ltd.
3333 Forest View Road
Rockford, IL 61109

NiCor Gas
PO Box 8350
Aurora, IL 60507-8350

Rock River Disposal
4002 S. Main Street
Rockford, IL 61102

Just Business, Inc.
JBI Performing Arts Advertising
3131 S. Dixie Drive - Ste. 402
Dayton, OH 45439

Northern IL Communication
4787 Hydraulic Drive
Rockford, IL 61109

Rock River Water Reclamation
PO Box 6207
Rockford, IL 61125-1207

Lonnie's Carpet Connection
6551 E. Riverside Blvd.
Rockford, IL 61114

Northern Illinois Sewer Service
PO Box 6332
Rockford, IL 61125-1332

Rockford Bank & Trust Company
PO Box 1748
Rockford, IL 61110

Maestranzi Brothers
58 Dunham Road - Rte. 128
Beverly, MA 01915

Pepsi Cola Company
7550 Beverage Boulevard
Loves Park, IL 61111

Rockford Register Star
PO Box 439
Rockford, IL 61105

Southern  Wine  &  Spirits
  of Illinois
2971 Paysphere Circle
Chicago, IL 60674-2971

Susan  McGarry
6548  Charles  St
Rockford, IL 61108

Sysco  Foods  Service
250  Wiebolt  Drive
Des Plaines, IL 60016

TDS  Metrocom
525  Junction  Road - Ste.  6000
Madison, WI 53717-2105

The  Plitt  Company
1455  W.  Willow  Street
Chicago, IL 60622

Thermlite  Insulating  Glass
  a Division of Cardnal  Glass  Co.
PO  Box  707
Rockford, IL 61105-0707

Volkswagen  Credit
PO  Box  17497
Baltimore, MD 21297-1497

Washington  Mutual  Bank
PO  Box  9016
Pleasanton, CA 94566-9016

Weinbauer
4031  Tugwell  Street
Franklin Park, IL 60131

Yellow  Book  USA
6300  C  Street  SW
Cedar Rapids, IA 52404